The People of the State of New York ex rel. Thomas J. Riordan, Appellant, *v.* Charles L. Feldman et al., Constituting the Municipal Civil Service Commission of the City of Buffalo, Respondents.

*People ex rel. Kennedy* v. *Feldman,* 179 App. Div. 295, affirmed.
(Argued October 3, 1917; decided October 23, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 3, 1917, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to accept relator's application and permit him to enter and take part in a certain examination for the position of captain in the police department of the city of Buffalo, to be held by said commission, and rate his merit and fitness pursuant to law and certify his name if found eligible for promotion as a result of such examination. The application for a writ was opposed on the grounds: 1. That rule 29 of the municipal civil service rules, regulating promotions in the civil service of the city of Buffalo, provided that promotions in the police department must be made from among those employed for a period of at least twelve months immediately preceding the examination, " in the next lower position, the duties of which are such as would naturally and properly tend to fit him to perform the duties of the position to which he seeks

promotion," and that said relator, Thomas J. Riordan, had not in fact served in and was not occupying such a position.

*Paul J. Batt* for appellant.

*Charles L. Feldman* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN and CRANE, JJ. Not voting: HOGAN, J.